UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81403-Civ-Middlebrooks/Brannon

DENISE MATHEWS,

    Plaintiff,

v.

TCI CONTRACTING, LLC.,

    Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

The Plaintiff, DENISE MATHEWS, by and through her undersigned counsel, hereby notifies the Court of the parties' selection of a mediator. The parties have designated **DANA GALLUP** as the mediator in this case. The parties will schedule a date, time, and location for mediation to take place by the deadlines imposed by the Court.

Dated: January 30, 2018.

        **EISS MASSILLON, P.L.**
        Attorneys for Plaintiff
        7951 SW 6th Street, Suite 308
        Plantation, Florida 33324
        (954) 914-7890 (Office)
        (855) 423-5298 (Facsimile)

By:   /s/ Lindsay Marie Massillon_____
        CHARLES M. EISS, Esq.
        Fla. Bar #612073
        Chuck@eissmassillon.com
        LINDSAY M. MASSILLON, Esq.
        Fla. Bar #92098
        Lindsay@eissmasillon.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Lindsay Marie Massillon
      LINDSAY M. MASSILLON, Esq.

## SERVICE LIST

**United States District Court**
**Southern District of Florida**
*Mathews v. TCI Contracting, LLC.*
Case No.: 9:17-cv-81403-DMM

Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: chuck@eissmassillon.com
Lindsay M. Massillon, Esq.
Florida Bar No. 92098
Email: lindsay@eissmassillon.com
**EISS MASSILLON, P.L**.
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

*Attorneys for Plaintiff*


Mark Schellhase, Esq.
Florida Bar No. 57103
Email: mark.schellhase@gray-robinson.com
**GRAY ROBINSON**
225 N.e. Mizner Blvd., Suite 500
Boca Raton, FL 33432
Tel: (561) 368-3808
Fax: (561) 368-4008

W. Eric Baisden, Esq.
(*pro hac vice* application forthcoming)
Email: ebaisden@beneschlaw.com
Jaclyn C. Staple, Esq.
(*pro hac vice* application forthcoming)
Email: jstaple@beneschlaw.com
**BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP.**
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588

Attorneys for Defendant
Method of Service: CM/ECF Notice